UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIVA STEIN,

               Plaintiff,

– against –

CMC MATERIALS, INC. RICHARD S. HILL, BARBARA A. KLEIN, DAVID H. LI, WILLIAM P. NOGLOWS, PAUL J. REILLY, ANNE K. ROBY, SUSAN M. WHITNEY, and GEOFFREY WILD,

               Defendant.

**ORDER**

22 Civ. 552 (ER)

Ramos, D.J.:

    Plaintiff filed a complaint against CMC Materials, Inc., Richard S. Hill, Barbara A. Klein, David H. Li, William P. Noglows, Paul J. Reilly, Anne K. Roby, Susan M. Whitney, and Geoffrey Wild on January 21, 2022. *See* Doc. 1. As of the date of this Order, plaintiff has not filed proof of service on any of the defendants, and none of the defendants have appeared.

    Plaintiff is therefore instructed to submit a status report by no later than July 20, 2022. Failure to do so may result in a dismissal for failure to prosecute.

It is SO ORDERED.

Dated:   July 12, 2022
            New York, New York

                                                     EDGARDO RAMOS, U.S.D.J.